IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SHELDON SMITH,

    Plaintiff,

vs.                               Case No. 3:11cv67

DETECTIVE CRAIG POLSTON,     JUDGE WALTER HERBERT RICE

    Defendant.

---

DECISION AND ENTRY SUSTAINING DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO PARTICIPATE IN DEPOSITION AND TO EXTEND DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT (DOC. #39)

---

Pursuant to reasoning set forth in the materials accompanying the Defendant's Motion to Compel Plaintiff to Participate in Deposition and to Extend Deadline for Filing Motion for Summary Judgment (Doc. # 39), same is sustained in its entirety.

It is the order of this Court that Plaintiff submit to a deposition by Defendant, not later than 30 days from date of this Order, or suffer dismissal of his Complaint for want of prosecution. Assuming the deposition is taken by Defendant, within the time set forth above, Defendant is granted an extension of

his deadline to file a Motion for Summary Judgment, from March 29, 2012, to May 16, 2012.

April 3, 2012

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Sheldon Smith, *Pro Se*
Jeffrey Turner, Esq.
Boyd Gentry, Esq.
Christopher Herman, Esq.